Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 1 4 2021

JAMIE GIANI, Clerk
By
Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fayetteville Division

Jennie V. Winn

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

The Gardens at Arkanshire,
Holiday Retirement Corporation,
HARVEST MANAGEMENT SUB TRS CORP.,

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 21-5164
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jennie V Winn |
| Street Address | 4343 Shekinah Lane |
| City and County | Springdale, Washington County |
| State and Zip Code | Arkansas, 72762 |
| Telephone Number | (479) 397-7280 |
| E-mail Address | jennievwinn@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
  Name: The Gardens at Arkanshire
  Job or Title (if known):
  Street Address: 5000 Arkanshire Circle
  City and County: Springdale, Washington County
  State and Zip Code: Arkansas, 72764
  Telephone Number: (479) 750-1131
  E-mail Address (if known):

Defendant No. 2
  Name: Holiday Retirement Corporation
  Job or Title (if known):
  Street Address: 631 West Morse Boulevard
  City and County: Winter Park, Orange County
  State and Zip Code: Florida, 32789
  Telephone Number: (800) 322-0999
  E-mail Address (if known):

Defendant No. 3
  Name: HARVEST MANAGEMENT SUB TRS CORP.
  Job or Title (if known):
  Street Address: 631 West Morse Boulevard
  City and County: Winter Park, Orange County
  State and Zip Code: Florida, 32789
  Telephone Number: (503) 370-7070
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | The Gardens at Arkanshire |
| Street Address | 5000 Arkanshire Circle |
| City and County | Springdale, Washington County |
| State and Zip Code | Arkansas, 72764 |
| Telephone Number | (479) 750-1131 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ **Other federal law** *(specify the federal law)*:

☐ **Relevant state law** *(specify, if known)*:

☐ **Relevant city or county law** *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

Beginning 1/6/2021 through 3/30/2021, the discrimination based on race, Black, was daily and escalated to the unlawful termination of Plaintiff on 3/30/2021. False performance documents were leveled against Plaintiff on 2/28/2021, 3/1/2021, 3/29/2021.

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race — I was terminated based on my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.
- ☐ color
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* ____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

Page 4 of 7

E.	The facts of my case are as follows. Attach additional pages if needed.

Jurisdiction

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1331, which provides district courts with original jurisdiction over civil actions arising under the United States Constitution or laws of the United States.
2. This Court has personal jurisdiction because The Gardens at Arkanshire facility (operated under Holiday Retirement Corporation under HARVEST MANAGEMENT SUB TRS CORP.) is located at 5000 Arkanshire Circle, Springdale, Arkansas 72764 in this district pursuant to 28 U.S.C. §1391(b).
3. This Court has supplemental jurisdiction over state law claims pursuant to 28 U.S.C. §1367.
4. This Court has jurisdiction over actions to secure civil rights extended by the United States government pursuant to 28 U.S.C. §1343(3) and (4).
5. Venue is proper pursuant to 28 U.S.C. §1391(b) because the events giving rise to the allegations in this Complaint occurred in this district.

Facts of Complaint

Plaintiff was subjected to employment discrimination with respect to terms, conditions and privileges, harassed and then discharged in regard to race, Black, by Defendant in violation of 42 U.S.C. §2000e-2(a).

1. Terms of Employment : Title VII of the Civil Rights Act of 1964 prohibits discrimination against employees on the basis of race, color, religion, sex or national origin. The General Manager singled out the sole Black employee of The Gardens at Arkanshire and willfully and intentionally falsified documents leading to Plaintiff's termination. The performance documentation claims (2/28/2021, 3/1/2021, 3/29/2021) of "poor demeanor" and "unsatisfactory performance" were unfounded, discriminatory pretexts serving as a means to an end. Plaintiff's timely rebuttals to performance documentation were ignored by Defendant and incompletely entered into Plaintiff's personnel file.

2. Conditions of Employment : Plaintiff was employed as Resident Experience Coordinator (REC) yet was required to perform job duties well outside the scope of employment while comparable non-Black employees were not pressured into similarly demanding conditions. Plaintiff served at least one meal every day of the work week (often two meals at an hour and a half per mealtime), Plaintiff cleaned rooms at least two days per work week (often more at two to five hours per assignment), Plaintiff helped the kitchen staff complete their tasks at least two days per work week (whenever they needed the help), and Plaintiff covered the front desk for two to three hours each workday. None of these duties are in the Plaintiff's job description but it was conveyed that employment depended on doing all the extra. The previous non-Black REC performed none of these duties.

3. Privileges of Employment : Plaintiff was singled out, as the sole Black employee, with restrictions that other managerial counterparts did not endure. Plaintiff was not allowed to eat in her office or close the door, because it was shared as the activity room (the only manager with these restrictions). The previous REC had an independent office which remained empty even after inquiring whether Plaintiff could use that space and was denied. Plaintiff was not provided slip-resistant work shoes (all other employees that routinely cleaned, served or worked in the kitchen were issued slip-resistant work shoes) in order to safely fulfill demands to perform duties well outside the scope of employment. Plaintiff was required to dress in business casual wear and demanded to perform daily manual labor endangering Plaintiff's safety without regard to her protestations.

4. Harassment : Plaintiff's rebuttals, critiques and complaints were of no consequence. Plaintiff's side of events were not considered. Condescending and demeaning language was often used to direct Plaintiff.

5. Discharge : Plaintiff was unlawfully terminated based on race, Black, resulting in mental anguish, humiliation and reputational damage.

Facts of Complaint outlined above will likely have additional evidentiary support after a reasonable opportunity for further investigation and discovery.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

4/1/2021

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)*   6/17/2021   .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff brings this action to demand compensation of lost wages, reimbursement of court fees and general costs, and compensation of ongoing mental anguish, humiliation and reputational damage suffered by the Plaintiff in the amount of $60,000. Actual damages will continue to accrue as this claim remains unsettled; to date, gross wages total $14,400, court fees and general costs are approximately $600. Plaintiff is entitled to actual damages of $15,000, as of the date of filing, because Plaintiff was unlawfully discharged by Defendant. The Defendant intentionally pursued a course of conduct for the purpose of causing injury or damage and in such Plaintiff requests exemplary damages three times the actual damages be considered in order to compensate for ongoing mental anguish, humiliation and reputational damage as well as prevent future practices, procedures and/or behaviors of discrimination by Defendant in regard to current and future employees. As of the date of this filing, punitive damages are $45,000, bringing the Plaintiff's total claim to $60,000. Plaintiff also requests to be reinstated in her position as Resident Experience Coordinator.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/14/2021

Signature of Plaintiff *Jennie V. Winn*
Printed Name of Plaintiff Jennie V. Winn

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 493-2021-00980 |

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| MRS. JENNIE V WINN | (760) 910-0918 | 1964 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4343 SHEKINAH LANE, SPRINGDALE, AR 72762 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| THE GARDENS AT ARKANSHIRE | 15 - 100 | (479) 750-1131 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5000 ARKANSHIRE CIRCLE, SPRINGDALE, AR 72764 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-01-2021    Latest: 03-22-2021

☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I was hired on October 10, 2019, as a Housekeeper, most recently Resident Experience Coordinator. Since January 2021, I have been harassed by the new General Manager. I have had extra duties placed on me that are not within my job description. This has not happened to any other employees. I have received several write ups for voicing my concerns. On March 2021, I reported to work and was discharged.

I was not given a reason for the actions taken against me.

I believe I was subjected to different terms and conditions of employment, harassed, and discharged, because of my race, Black, in violation of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Jennie V Winn on 05-25-2021 05:14 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Little Rock Area Office**

820 Louisiana St., Suite 200
Little Rock, AR 72201
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Little Rock Direct Dial: (501) 900-6130
FAX (501) 324-5991
Website: www.eeoc.gov

# DISMISSAL AND NOTICE OF RIGHTS ENCLOSED

RE:  EEOC Charge No.:   493-2021-00980
     Charging Party:    Jennie Winn
     Respondent:        The Gardens at Arkanshire

Dear Ms. Winn:

The United States Equal Employment Opportunity Commission (EEOC) issued the enclosed Dismissal and Notice of Rights (Notice) in the above-referenced charge on the date reflected thereon. Specifically, on that date, EEOC sent you an email notification that EEOC had made a decision regarding the above-referenced charge and advised you to download a copy of the decision document from the Portal. Our records indicate you have not downloaded the Notice from the Portal. For your convenience, a copy of the Notice is enclosed with this letter.

Please note that if the Charging Party wants to pursue this matter further in court, Charging Party must file a lawsuit within 90 days of the date they receive the Notice. The 90-day period for filing a private lawsuit cannot be waived, extended, or restored by the EEOC.

I hope this information is helpful. If you have questions, please contact Rita Barnes by telephone at 501-900-6146 or email at rita.barnes@eeoc.gov.

Sincerely,

*Rita Barnes*

Rita Barnes
Enforcement Supervisor

06/17/2021
Date Mailed

Enclosure

EEOC Form 161 (11/2020)   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Jennie V. Winn<br>4343 Shekinah Lane<br>Springdale, AR 72762 | From: | Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2021-00980 | Brittney Wilkerson, Investigator | (501) 900-6131 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*   6/4/2021

**William A. Cash, Jr.,
Area Office Director**   *(Date Issued)*

Enclosures(s)

cc:   **Susan Coschigano
Employee Relations Supervisor
Holiday Retirement Living
480 N Orlando Ave
Winter Park, FL 32789**